```
 1
 2
 3
 4
 5
 6                    UNITED STATES DISTRICT COURT
 7                   WESTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| CASEY INVESTIGATIONS, LLC, a Washington Limited Liability Company and MARIO A. TORRES, an individual,<br><br>                              Plaintiffs,<br><br>vs.<br><br>PRONTO PROCESS SERVICE, INC., a Washington corporation; NORTHWEST RAIL ENTERPRISES, INC., a Washington corporation; MARK OWENS, an individual, GREGORY and MARY LEE RUSTAND, individually and as a married couple; DIANE PEFLEY, an individual; A to Z LEGAL SUPPORT SERVICES; a Washington business entity; ROBERT G. LACK, an individual, WASHINGTON STATE PROCESS SERVERS ASSOCIATION, a Washington business association; and NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS, a national business association,<br><br>                              Defendants. | NO. CV04-1453C<br><br>STIPULATION FOR EXTENSION OF TIME TO MOVE OR PLEAD |

STIPULATION FOR EXTENSION OF TIME - Page 1 of 2
CV04-1453C
jm / s:\0xxxx\053xx\05332\11\pleadings\stip for extend time answer 080204.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

The plaintiff and the defendants, Gregory and Mary Lee Rustand, Diane Pefley and A to Z Legal Support Services hereby stipulate through their undersigned counsel that defendants, Gregory and Mary Lee Rustand, Diane Pefley and A to Z Legal Support Services shall have until August 23, 2004 to answer the complaint, or to otherwise move or plead.

DATED this 9 day of August, 2004.

McGLOTHIN MYHRE, PLLP

_____
DENNIS J. McGLOTHIN, WSB #28177
THEODORE A. MYHRE
Attorneys for Plaintiff

DAVIES PEARSON, P.C.

_____
EDWARD S. WINSKILL, WSB #5406
Attorneys for Defendants Gregory and Mary Lee Rustand, Diane Pefley, A to Z Legal Support Services

STIPULATION FOR EXTENSION OF TIME - Page 2 of 2
CV04-1453C
jm / s:\0xxxx\053xx\05332\11\pleadings\stip for extend time answer 080204.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052