FOR AFF OF SERVICE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Western District of Washington

CASEY INVESTIGATIONS, LLC;
MARIO A. TORRES,
Plaintiffs,
v.

PRONTO PROCESS SERVICE, INC., et al.,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 04-1453C

ENTERED LODGED RECEIVED
AUG - 4 2004 DJ
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

TO: (Name and address of Defendant)

J. Brooks
(as Registered Agent for National Association of Professional Servers, Inc.)
521 SW Stark
Portland, OR 97201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dennis McGlothin Myhre
Theodore A. Myhre
McGlothin Myhre, PLLP
1221 E. Pike St., Suite 205
Seattle, WA 98122

04-CV-01453-RCPT

an answer to the complaint which is served on you with this summons, within 20 days days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

BRUCE RIFKIN
CLERK

JUL 15 2004
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 07-20-2004 |
|---|---|
| NAME OF SERVER (PRINT) Wayne Savage | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1020 SW Taylor Suite 240 Portland Oregon 97205

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 21 2004
Date

[signature]
Signature of Server

12750 SW Pacific Hwy Suite 122
Tigard Oregon 97223
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.