UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASEY INVESTIGATIONS, LLC, a Washington Limited Liability Company and MARIO A. TORRES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PRONTO PROCESS SERVICE, INC., a Washington corporation; NORTHWEST RAIL ENTERPRISES, INC., a Washington corporation; MARK OWENS, an individual, GREGORY and MARY LEE RUSTAND, individually and as a married couple; DIANE PEFLEY, an individual; A to Z LEGAL SUPPORT SERVICES; a Washington business entity; ROBERT G. LACK, an individual, WASHINGTON STATE PROCESS SERVERS ASSOCIATION, a Washington business association; and NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS, a national business association,<br><br>Defendants. | NO. CV04-1453C<br><br>**DEFENDANTS GREGORY AND MARY LEE RUSTAND, DIANE PEFLEY AND A to Z LEGAL SUPPORT SERVICES INITIAL DISCLOSURES** |

DEFS' RUSTANDS, PEFLEY and A to Z INTIAL DISCLOSURES - Page 1 of 6
jm \\po_srvr\matters\0xxxx\053xx\05332\11\pleadings\initial disclosures.doc
NO. CV04-1453C

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

Pursuant to FRCP 26(a)(1), the defendants Rustands, Pefley and A to Z Legal Support Services, provide the following initial disclosures:

### A. Witnesses

Rex Prout - Liquor Control Board
Pacific Plaza Building   Office: (360) 664-1729
3000 Pacific Ave SE    Home: (360) 791-927 Olympia, WA 43094

Prout requested affidavits of service from the courts, which affidavits show service performed by Plaintiff.

Rick Phillips
Address unknown

Cell: (360) 791-9680
Home: (360) 966-9459
Office: (360) 664-1726

Rob Lack met with Phillips to discuss possible misconduct of plaintiff.

Brian Milorkee (sp?) -
Director of Ethics Board
Address Unknown

(360) 586-1811 (360) 586-3265

Rex Prout and Rick Phillips advised Rob Lack to contact Milorkee.

Dina England
Benton County Superior Court
7320 W. Quinault
Kennewick, Washington 99336
(509) 735-8388 (main switch board)

DEFS' RUSTANDS, PEFLEY and A to Z INTIAL DISCLOSURES - Page 2 of 6
jm \\po_srvr\matters\0xxxx\053xx\05332\11\pleadings\initial disclosures.doc
NO. CV04-1453C

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

Ms. England is a former employee of Armada Corporation. She hold information concerning Plaintiff's offer to perform services and the performance of services by Pronto Process Service, Inc.

P.D.C.
Address unknown
(877) 601-2828

Rob Lack contacted a person at this office.

Attorney Generals Office
(360) 586-2780

Robert Lack contacted a person at this office.

Vicki Montgomery - Office Manager-Pronto
PO Box 1194
Pasco, WA
(509) 547-1122

Montgomery has information concerning the business of plaintiff and the business of Pronto Process Service, Inc.

Rachelle Montgomery - Pronto Secretary
PO Box 1194
Pasco, WA
(509) 547-1122

Rachelle Montgomery contacted Casey Investigations regarding personal service in Finley, WA.

Dennis Copeland - Legal Couriers (Yakima)
PO Box 825
Yakima Washington 98907 (509) 453-1134

Copeland contacted Evergreen Financial Services, who indicated Casey Investigations has been doing its process work.

---

DEFS' RUSTANDS, PEFLEY and A to Z INTIAL DISCLOSURES - Page 3 of 6
jm \\po_srvr\matters\0xxxx\053xx\05332\11\pleadings\initial disclosures.doc
NO. CV04-1453C

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

Diane Pefley - SSP-A2Z Legal Support Service
406 W Broadway Suite E
Moses Lake, WA 98837
(509) 766-2111

She is a named defendant and presumably has information about the lawsuit.

Gregory Rustand
Mary Lee Rustand
d/b/a A to Z Legal Support Services
1641 Baker Creek Place
Bellingham, WA 98226
(360) 647-2441

Rustands are named defendants and have information about this lawsuit.

Susan, Owner
Yakima County Credit Service
PO Box 9244
Yakima, WA 98909 (509)248-1610

Plaintiff has been serving all of its papers in this area and surrounding counties continually. When Pronto was working with Yakima County Credit, on average Pronto made $1500-2000 a month

Donesa, employee
Evergreen Financial Services
PO Box 9073
Yakima, WA 98909
509-452-6574

Mario Torres is doing all of its process work in the area. When Pronto performed the work, Pronto made up to $4000-5000 a month.

DEFS' RUSTANDS, PEFLEY and A to Z INTIAL DISCLOSURES - Page 4 of 6
jm \\po_srvr\matters\0xxxx\053xx\05332\11\pleadings\initial disclosures.doc
NO. CV04-1453C

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

Mary Walcott/State of Washington-Support Enforcement Division, Financial Recovery Division and Political Subdivisions.
Address unknown
(360)902-7432
(360)586-2426 fax
mwalcott@ga.wa.gov

Mario Torres has had a State contract for the past 2 years. He has just gotten an extension in September that is good through 2005 for the serving of child support papers in Asotin, Garfield, Pend Oreille, Adams, Chelan, Douglas, and Grant counties, with State contract number 08702.

Mark Owens
PO Box 1194
Pasco, WA 99301
(509) 547-1122

Mark Owens has knowledge concerning the business of Pronto Process Service, Inc., the ongoing business of the plaintiffs, the process serving business, comments he expressed to others about the plaintiffs, comments made by Mario Torres to Mark Owens that Torres would put Pronto Process Service, Inc., out of business, and the frivolous nature of plaintiffs' claims.

Robert Lack
5918 West Yellowstone
Kennewick, WA 99336

Robert Lack has knowledge concerning his questioning of plaintiffs' use of state time to conduct private business, his comments and questions to others about plaintiffs, and the

/ / / / / / / / / /

/ / / / / / / / / /

/ / / / / / / / /

DEFS' RUSTANDS, PEFLEY and A to Z INTIAL DISCLOSURES - Page 5 of 6
jm \\po_srvr\matters\0xxxx\053xx\05332\11\pleadings\initial disclosures.doc
NO. CV04-1453C

**DAVIES PEARSON,** P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

response of the state to his questions.

DATED this day 1st day November, 2004.

                    DAVIES PEARSON, P.C.

*[signature]*

EDWARD S. WINSKILL, WSB #5406
SOK-KHIENG K. LIM, WSB #30607
Attorneys for Defendants Rustands,
Diane Pefley and A to Z Legal
Support Services

DEFS' RUSTANDS, PEFLEY and A to Z INTIAL DISCLOSURES - Page 6 of 6
jm \\po_srvr\matters\0xxxx\053xx\05332\11\pleadings\initial disclosures.doc
NO. CV04-1453C

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | UNITED STATES DISTRICT COURT |
| 5 | |
| 6 | WESTERN DISTRICT OF WASHINGTON |
| 7 | AT SEATTLE |

<pre>
 8   CASEY INVESTIGATIONS, LLC, a
     Washington Limited Liability Company
 9   and MARIO A. TORRES, an individual,

10                                      Plaintiffs,    NO. CV04-1453C

11                                                     CERTIFICATE OF SERVICE
            vs.
12

13   PRONTO PROCESS SERVICE, INC., a
     Washington corporation; NORTHWEST RAIL
14   ENTERPRISES, INC., a Washington
     corporation; MARK OWENS, an individual,
15   GREGORY and MARY LEE RUSTAND,
     individually and as a married couple; DIANE
16   PEFLEY, an individual; A to Z LEGAL
     SUPPORT SERVICES; a Washington
17   business entity; ROBERT G. LACK, an
     individual, WASHINGTON STATE
18   PROCESS SERVERS ASSOCIATION, a
     Washington business association; and
19   NATIONAL ASSOCIATION OF
     PROFESSIONAL PROCESS SERVERS, a
20   national business association,

21
22
23                                     Defendants.
</pre>

CERTIFICATE OF SERVICE - **Page 1 of 2**
NO. CV04-1453C
jm / s:\0xxxx\053xx\05332\11\pleadings\certofservice 110104.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500

STATE OF WASHINGTON )
                    ) ss.
County of Pierce    )

Judy A. Moore, being first duly sworn on oath, deposes and says:

That on the 1st day of November, 2004, I delivered a true and correct copy of Defendants Rustands, A to Z Legal Support Services and Diane Pefley's Initial Disclosures electronically to Dennis John McGlothin and Theodore Andrew Myhre, McGlothin Myhre, attorneys for Casey Investigations, LLC and Mario A. Torres at dennis@mmtriallawyers.com and theo@mmtriallawyers.com, George Fearing and William E. Davis, Leavy, Schultz, Davis & Fearing, P.S., at gfearing@tricitylaw.com, Daniel L. Thieme and Andrea Tersigni, Littler Mendelson, P.C. at dthieme@littler.com and Brian D. Chenoweth, Rycewicz & Chenoweth, LLP, atersigni@littler.com and brianc@northwestlaw.com and also by facsimile transmission.

_____
JUDY A. MOORE., Legal Assistant

SIGNED AND SWORN to before me this __1st__ day of November, 2004, by Judy A. Moore.



_____
Print Name: Mary J. Casey
NOTARY PUBLIC in and for the State of Washington.
My commission expires: 5/7/08

CERTIFICATE OF SERVICE - **Page 2 of 2**
NO. CV04-1453C
jm / s:\0xxxx\053xx\05332\11\pleadings\certofservice 110104.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500