# RYCEWICZ & CHENOWETH, LLP

ATTORNEYS AT LAW

601 SW SECOND AVENUE, SUITE 1940 — PORTLAND, OREGON 97204-3176

TELEPHONE: 503-221-7958
FACSIMILE: 503-221-2182
VANCOUVER TELEPHONE: 360-993-4107
WWW.NORTHWESTLAW.COM

CHRISTOPHER A. RYCEWICZ
BRIAN D. CHENOWETH*
CHRISTOPHER W. RICH†
HAFEZ DARAEE*
BROOKS M. FOSTER

*ADMITTED IN OR AND WA
†ADMITTED IN OR AND CO

January 17, 2005

FILED
LODGED
RECEIVED

MAIL

Court Clerk
US District Court for the Western District of Washington
700 Stewart Street
Seattle, WA 9 8101

JAN 1 9 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY

Re:     *Casey Investigators, et al. v. Pronto Process Service, Inc., et al.*
        USDC Western District of Washington Case No. CV 04-1453JCC
        Our File No. NAPPS-1067

Dear Clerk:

Enclosed for filing is the original and one copy of the FRCP 41 Stipulation of Dismissal as to Defendant National Association of Professional Process Servers ("NAPPS"), which has been signed by all of the parties in this case.

Please file this stipulation with the Court at your earliest convenience. I would appreciate your forwarding the enclosed confirmation postcards as soon as the stipulation has been entered. Thank you in advance for your assistance.

Very truly yours,

RYCEWICZ & CHENOWETH, LLP

Hafez Daraee
Email: hafez@northwestlaw.com

Enclosure
cc:     Dennis J. McGlothin w/enc.
        Daniel L. Thieme w/enc.
        Edward S. Winskill w/enc.
        George Fearing w/enc.

04-CV-01453-LTR

5522