Brian D. Chenoweth, WSBA#25877
E-mail: brianc@northwestlaw.com
Hafez Daraee, WSBA #33412
E-mail: hafez@northwestlaw.com
Rycewicz & Chenoweth, LLP
601 SW Second Avenue, Suite 1940
Portland, OR 97204-3154
Telephone: (503) 221-7958
Facsimile: (503) 221-2182

Attorney for Defendant National Association
of Professional Process Servers (NAPPS)

FILED
LODGED
RECEIVED
MAIL

JAN 19 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASEY INVESTIGATIONS, LLC, a Washington Limited Liability Company and MARIO A. TORRES, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>PRONTO PROCESS SERVICE, INC., a Washington corporation; NORTHWEST RAIL ENTERPRISES, INC., a Washington corporation; MARK OWENS, an individual; GREGORY and MARY LEE RUSTAND, individually and as a married couple; DIANE PEFLEY, an individual; A to Z LEGAL SUPPORT SERVICES, a Washington business entity; ROBERT G. LACK, an individual; WASHINGTON STATE PROCESS SERVERS ASSOCIATION, a Washington business association; and NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS, a national business association<br><br>    Defendants | Case No. CV04-1453<br><br>FRCP 41 STIPULATION OF DISMISSAL AS TO DEFENDANT NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS |

///

///

///

04-CV-01453-STIP

Page 1 -- FRCP 41 STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned hereby stipulate to the dismissal of Defendant National Association of Professional Process Servers ("NAAPS") without Prejudice and without an award of any costs or attorney fees to any party. This stipulation is based, in part, upon NAAPS' agreement to make documents and a corporate representative with the most relevant knowledge available for deposition at a time and place requested by Plaintiffs, without the need for the issuance of subpoenas to NAAPS by Plaintiffs.

IT IS SO STIPULATED:

MCGLOTHIN MYHRE, PLLP

_____ Dated: 12/13/04
Dennis J. McGlothin, WSBA No. 28177
Theodore A. Myhre, WSBA No. 30498
James C. McGuire, WSBA No. 28454
Attorneys for Plaintiffs

LITTLER MENDELSON, P.C.

_____ Dated: 12/27/04
Daniel L. Thieme, WSBA No. 12855
Andrea Tersigni, WSBA No. 30204
Attorneys for Defendant Washington State
Process Servers Association

DAVIES PEARSON, P.C.

_____ Dated: 12/29/04
Edward S. Winskill, WSBA No. 5406
Attorneys for Defendants Greg and Mary Lee
Rustand, A to Z Legal Support Services,
Diane Pefley

LEAVY, SCHULTZ, DAVIS & FEARING

_____ Dated: 1/4/05
George Fearing, WSBA No. 12970
William E. Davis, WSBA No. 4635
Attorneys for Pronto Process Service, Inc.;
Mark Owens; Robert G. Lack

RYCEWICZ & CHENOWETH

_____ Dated: 1/14/05
Brian D. Chenoweth, WSBA No. 25877
Hafez Daraee, WSBA No. 33412
Attorneys for National Association of
Professional Process Servers

Page 2 -- FRCP 41 STIPULATION OF DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing FRCP 41 STIPULATION OF DISMISSAL AS TO DEFENDANT NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS on the following:

Dennis J. McGlothin
McGlothin Myhre
1221 E. Pike Street, Suite 205
Seattle, WA 98122
206-527-2500
dennis@mmtriallawyers.com
  Attorneys for Plaintiffs

George Fearing
Leavy, Schultz, Davis & Fearing, PS
2415 W. Falls Avenue
Kennewick, WA 00336
509-736-1330
Fax 509-545-1434
  Attorneys for Defendants Pronto,
  Northwest Rail Enterprises, Inc. and Mark
  Owens, and Robert G. Lack

Edward S. Winskill
Davies Pearson, PC
PO Box 1657
Tacoma, WA 98401
253-620-1500
ewinskill@dpearson.com
  Attorney for Defendants Gregory
  Rustand, Mary Lee Rustand, Diane
  Pefley, and A to Z Legal Support
  Services

Daniel L. Thieme
Littler Mendelson, PC
701 Fifth Avenue, Suite 6500
Seattle, WA 98104
206-623-3300
Fax 206-447-6965
dthieme@littler.com
  Attorneys for Defendant Washington
  State Process Servers Association

by the following method or methods:

☐  by **mailing** a full, true and correct copy thereof in a sealed, first-class, postage pre-paid envelope, addressed to the last-known address of the party(ies) as shown above, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐  by causing a full, true and correct copy thereof to be **hand-delivered** to the party(ies) at the last-known address listed above on the date set forth below.

☐  by sending a full, true and correct copy thereof via **overnight courier** in a sealed, prepaid envelope, addressed to the last-known address of the party(ies) as shown above, on the date set forth below.

///

PAGE 1 – CERTIFICATE OF SERVICE

1  ☐  by **faxing** a full, true and correct copy thereof to the party(ies) at the fax number
2      shown above, which is the last-known fax number of the party(ies), on the date set
       forth below. The receiving fax machine was operating at the time of service and the
3      transmission was properly completed.

4  DATED: January 17, 2005.

                                    RYCEWICZ & CHENOWETH, LLP


                                    _____
                                    Hafez Daraee, WSBA#33412
                                    Of Attorneys for Defendant National Association of
                                    Professional Process Servers

PAGE 2 – CERTIFICATE OF SERVICE

RYCEWICZ & CHENOWETH, LLP
Attorneys at Law
601 SW Second Avenue, Suite 1940
Portland, OR 97204-3176
(503) 221-7958