THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CASEY INVESTIGATIONS, LLC, a Washington Limited Liability Company and MARIO A. TORRES, an individual,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PRONTO PROCESS SERVICE, INC., a Washington corporation; NORTHWEST RAIL ENTERPRISES, INC., a Washington corporation; MARK OWENS, an individual; GREGORY and MARY LEE RUSTAND, individually and as a married couple; DIANE PEFLEY, an individual; A to Z LEGAL SUPPORT SERVICES, a Washington business entity; ROBERT G. LACK, an individual; WASHINGTON STATE PROCESS SERVERS ASSOCIATION, a Washington business association; and NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS, a national business association,<br>　　　　　　　　　　　Defendants. | No. CV04-1453C<br><br>NOTICE OF DEPOSITION FOR A TO Z LEGAL SUPPORT SERVICES |

TO:　　　　**Corporate Representative of A to Z Legal Support Services**

AND TO:　George Fearing, Leavy, Schultz, Davis & Fearing, P.S.; Attorneys for Pronto Process Service, Inc.; Mark Owens; Robert G. Lack;

AND TO:　Edward S. Winskill, Davies Pearson, P.C.; Attorneys for Greg and Mary Lee Rustand, A to Z Legal Support Services, Diane Pefley;

---

NOTICE OF DEPOSITION FOR
A TO Z LEGAL SUPPORT SERVICES – 1
Cause No. CV04-1453C

McGLOTHIN MYHRE, P.L.L.P.
1221 East Pike, Suite 205
Seattle, WA  98122
206.527.2500   Fax 206.527.7100

1  AND TO:   James G. Zissler, Littler Mendelson, P.C.; Attorneys for Washington State Process Servers Association;

YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that the testimony of Corporate Representative of A to Z Legal Support Services will be taken upon Oral Examination at the request of the Plaintiffs in the above-entitled action, at the law office of Leavy Schultz Davis & Fearing, P.S., 2415 West Falls Avenue, Kennewick, WA 99336, on Thursday, February 17, 2005, commencing at the hour of 9:00 a.m., the said Oral Examination to be subject to continuance or adjournment from time to time or place to place until completed.

FAILURE TO COMPLY MAY BE CONTEMPT OF COURT

DATED this 27th day of January, 2005.

McGLOTHIN MYRHE,P.L.L.P.

_____/s/_____
James C. McGuire, WSBA No. 28454
Attorneys for Plaintiffs

NOTICE OF DEPOSITION FOR
A TO Z LEGAL SUPPORT SERVICES – 2
Cause No. CV04-1453C

216-0001 ba271517

McGLOTHIN MYHRE, P.L.L.P.
1221 East Pike, Suite 205
Seattle, WA  98122
206.527.2500   Fax 206.527.7100