UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASEY INVESTIGATORS LLC, a Washington Limited Liability Company, and MARIO A. TORRES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRONTO PROCESS SERVICE, INC., a Washington corporation; NORTHWEST RAIL ENTERPRISES, INC., a Washington corporation; MARK OWENS, an individual; GREGORY and MARY LEE RUSTAND, individually and as a married couple; DIANE PEFLEY, an individual; A to Z LEGAL SUPPORT SERVICES, a Washington business entity; ROBERT G. LACK, an individual; WASHINGTON STATE PROCESS SERVERS ASSOCIATION, a Washington business association; and NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS, a national business association,<br><br>Defendants. | **The Honorable John C. Coughenour**<br><br>Case No. CV04-1453 C<br><br>**DECLARATION OF JAMES G. ZISSLER IN SUPPORT OF MOTION TO COMPEL OR, IN THE ALTERNATIVE, TO DISMISS ALL CLAIMS AGAINST WSPSA WITH PREJUDICE**<br><br>**Noted for: February 25, 2005** |

I, James G. Zissler, declare and state as follows:

1.  I am over the age of 18 years. I am competent to testify and have personal knowledge of the facts set forth in this declaration.

**DECLARATION OF JAMES ZISSLER IN SUPPORT OF WSPSA'S MOTION TO COMPEL OR IN THE ALTERNATIVE TO DISMISS**
Case No. CV04-1453 C
Seattle:33796.1 048501.1002

JAMES G. ZISSLER
LITTLER MENDELSON, P.C.
Bank of America Tower
701 Fifth Avenue, Suite 6500
Seattle, WA 98104.7097
206.623.3300

1  2. I am counsel for the Washington State Process Servers Association (hereafter, "WSPSA"). On November 10, 2004, I served Plaintiffs with WSPSA's First Set of Interrogatories and Request for Production. Plaintiffs' counsel failed to serve a response and did not request an extension within the 30 days provided to respond by the federal rules.

3. On December 29, 2004 I contacted Plaintiffs' counsel who assured me that answers would be forthcoming over the next several days.

4. On January 10, 2005, by correspondence, I again contacted Plaintiffs' counsel who responded that answers would be forthcoming.

5. On January 13, 2004, Plaintiffs' counsel provided the responses, a true and correct copy of which are attached as Exhibit A to this declaration. No subsequent response has been received.

6. On January 21, 2005 I requested a FRCP Rule 37 conference (See Exhibit B to Zissler Declaration), which was conducted on January 24, 2005. Plaintiffs' counsel stated that he was unable to answer many of WSPSA's discovery requests because the information was unavailable and he "hoped" to provide answers prior to the close of discovery. However, that proposal would not allow for the filing of a timely motion to compel, if necessary. (See Exhibit C. Zissler's January 31, 2005 correspondence to Plaintiff's counsel re Rule 37 conference.)

7. I personally do not believe that the Court should have to entertain contingent motions such as this one. However, given Plaintiffs' failure to properly respond to discovery requests and my obligations to my clients, I do not believe that I have a choice.

DECLARATION OF JAMES ZISSLER IN SUPPORT OF WSPSA'S
MOTION TO COMPEL OR IN THE ALTERNATIVE TO DISMISS
Case No. CV04-1453 C
Seattle:33796.1 048501.1002                -2-

JAMES G. ZISSLER
LITTLER MENDELSON, P.C.
Bank of America Tower
701 Fifth Avenue, Suite 6500
Seattle, WA  98104.7097
206.623.3300

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 10, 2005, at Seattle, Washington

_____
James G. Zissler

DECLARATION OF JAMES ZISSLER IN SUPPORT OF WSPSA'S
MOTION TO COMPEL OR IN THE ALTERNATIVE TO DISMISS
Case No. CV04-1453 C
Seattle:33796.1 048501.1002

-3-

JAMES G. ZISSLER
LITTLER MENDELSON, P.C.
Bank of America Tower
701 Fifth Avenue, Suite 6500
Seattle, WA  98104.7097
206.623.3300