*EXHIBIT A*

THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CASEY INVESTIGATIONS, LLC., a Washington Limited Liability Company and MARIO A. TORRES, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> PRONTO PROCESS SERVICE, INC., a Washington corporation and NORTHWEST RAIL ENTERPRISES, INC., a Washington corporation and MARK OWENS, an individual and GREGORY and MARY LEE RUSTAND, individually and as a married couple, and A to Z LEGAL SUPPORT SERVICES, a Washington business entity and ROBERT G. LACK, an individual, <br><br> Defendants. | No. CV04-1453C <br><br> DEFENDANT WASHINGTON STATE PROCESS SERVERS ASSOCIATION'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO PLAINTIFFS **AND ANSWERS AND RESPONSES THERETO** |

**DEFENDANT WASHINGTON STATE PROCESS SERVERS ASSOCIATION'S**

**FIRST DISCOVERY REQUESTS TO PLAINTIFFS**

TO:     Casey Investigations, LLC, Mario Torres and to their attorneys,

Pursuant to Rules 33 and 34 of the Rules of Civil Procedure, you are requested and required to answer the following interrogatories under oath, and to produce the following documents and tangible items, within the time provided by the rules.

EXHIBIT A

DEFENDANT WASHINGTON STATE PROCESS SERVERS
ASSOCIATION'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFFS & ANSWERS– 1
(Cause No. CV04-1453C)

MCGLOTHIN MYHRE, P.L.L.P.
1221 East Pike, Suite 205
Seattle, WA 98122
206.527.2500   Fax 206.527.7100

ORIGINAL

# DEFINITIONS

1.    "Documents" (whether or not capitalized) as used herein means documents, files, or records, whether originals, copies or drafts, as well as any other form of storing information, whether in hard copy or electronically, including, but not limited to, tapes, recordings, writings, notes, papers, books, contracts, agreements, letters, e-mails, studies, memoranda, billings, invoices, receipts, customer lists, floppy discs, hard drives or any other files and records of any kind, regardless of form.

2.    "Identify" (whether or not capitalized) when used in reference to a document means to state its date, author, addressee, type, and present custodian. In lieu of such identification, a legible copy may be produced.

3.    "Identify" (whether or not capitalized) when used in reference to a person means to state the person's full name, current home and business addresses, current home and business phone numbers, and employment.

4.    "You" and "yours" (whether or not capitalized) refer to the plaintiffs Casey Investigations, LLC, and Mario Torres.

5.    "Defendant" (whether or not capitalized) refers to Western State Process Servers Association, and any of its predecessors, affiliates, subsidiaries or divisions.

## DISCOVERY REQUESTS

**INTERROGATORY NO. 1:** Identify each individual who participated in the preparation of the responses to any of these discovery requests, or who provided information for that purpose, and state the discovery request(s) with which each such person was involved. (For purposes of this request and all other requests below, refer to the definitions of "identify" stated above.)

DEFENDANT WASHINGTON STATE PROCESS SERVERS
ASSOCIATION'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFFS & ANSWERS– 2
(Cause No. CV04-1453C)

MCGLOTHIN MYHRE, P.L.L.P.
1221 East Pike, Suite 205
Seattle, WA 98122
206.527.2500   Fax 206.527.7100

**ANSWER:**

Mario Torres, Plaintiff; Dennis J. McGlothin; Theodore A. Myhre, and James C. McGuire of McGlothin Myhre, PLLP, my counsel of record, also participated in the preparation of these responses.

**REQUEST FOR PRODUCTION NO. 1:** Produce any and all documents and/or tangible items in your possession, custody or control relating to Defendant. (For purposes of this request and all other requests below, refer to the definitions of "documents," and "you" and "your" stated above.)

**RESPONSE:**

All documents responsive to this request currently in possession of Plaintiff have been previously provided.

**INTERROGATORY NO. 2:** Provide all facts and information that you possess to support the allegation contained in Paragraph .3.19 of the Complaint that acts were done on behalf of or in furtherance of WSPSA, including, what specific acts were done by whom, when, and who has personal knowledge concerning these matters.

**ANSWER:**

Objection. This contention Interrogatory is premature under FRCP 33(b). *See B. Braun Medical Inc. v. Abbott Laboratories*, 155 F.R.D. 525 (USDC, E.D. Pennsylvania (1994)).

**REQUEST FOR PRODUCTION NO. 2:** Produce any and all documents and/or tangible items in your possession, custody or control that relate to your response to Interrogatory No. 2.

**RESPONSE:**

N/A.

DEFENDANT WASHINGTON STATE PROCESS SERVERS ASSOCIATION'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO PLAINTIFFS & ANSWERS– 3 (Cause No. CV04-1453C)

McGLOTHIN MYHRE, P.L.L.P.
1221 East Pike, Suite 205
Seattle, WA 98122
206.527.2500 Fax 206.527.7100

1

2      **INTERROGATORY NO. 3:** Provide all facts and information that you possess that

3   supports your allegation that defendants engaged in a conspiracy.

4      **ANSWER:**

5      Objection. This contention Interrogatory is premature under FRCP 33(b). *See*

6   *B. Braun Medical Inc. v. Abbott Laboratories,* 155 F.R.D. 525 (USDC, E.D.
    Pennsylvania (1994)).

7

8      **REQUEST FOR PRODUCTION NO. 3:** Produce any and all documents and/or

9   tangible items in your possession, custody or control that supports your response to

10  Interrogatory No. 3.

11     **RESPONSE:**

12     N/A.

13

14     **INTERROGATORY NO. 4:** Provide all facts and information that you possess in

15  support of the allegation that defendants fixed prices, including, who allegedly fixed which

16  specific prices and for what period of time.

17     **ANSWER:**

18     Objection. This contention Interrogatory is premature under FRCP 33(b). *See*

19  *B. Braun Medical Inc. v. Abbott Laboratories,* 155 F.R.D. 525 (USDC, E.D.
    Pennsylvania (1994)).

20

21     **REQUEST FOR PRODUCTION NO. 4:** Produce any and all documents and/or

22  tangible items in your possession, custody or control that support your response to

23  Interrogatory No. 4.

24     **RESPONSE:**

25

N/A.

**INTERROGATORY NO. 5:** Provide all facts and information that you possess supporting the allegation contained in Paragraph 4.4 of the Complaint that defendants forced Plaintiffs to join defendants' business associations or be driven out of business.

**ANSWER:**

Objection. This contention Interrogatory is premature under FRCP 33(b). *See B. Braun Medical Inc. v. Abbott Laboratories,* 155 F.R.D. 525 (USDC, E.D. Pennsylvania (1994)).

**REQUEST FOR PRODUCTION NO. 5:** Produce any and all documents and/or tangible items in your possession, custody or control that relate to your response to Interrogatory No. 5.

**RESPONSE:**

N/A.

**INTERROGATORY NO. 6:** Please provide all facts and information that you possess in support of your allegation that the defendants' conduct produced an anticompetitive effect.

**ANSWER:**

Objection. This contention Interrogatory is premature under FRCP 33(b). *See B. Braun Medical Inc. v. Abbott Laboratories,* 155 F.R.D. 525 (USDC, E.D. Pennsylvania (1994)).

**REQUEST FOR PRODUCTION NO. 6:** Produce any and all documents and/or tangible items in your possession, custody or control that relate to your response to Interrogatory No. 6.

DEFENDANT WASHINGTON STATE PROCESS SERVERS
ASSOCIATION'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFFS & ANSWERS– 5
(Cause No. CV04-1453C)

MCGLOTHIN MYHRE, P.L.L.P.
1221 East Pike, Suite 205
Seattle, WA 98122
206.527.2500 Fax 206.527.7100

1    **RESPONSE:**

2    N/A.

3

4    **INTERROGATORY NO. 7:** Provide all facts and information that you possess

5    supporting the allegations in Paragraphs 4.9-4.11 of Plaintiff's complaint, including what

6    false communications were made, by whom -- to whom -- and when, and which

7    communications were made in furtherance of WSPSA.

8    **ANSWER:**

9    Objection. This contention Interrogatory is premature under FRCP 33(b). *See*
      *B. Braun Medical Inc. v. Abbott Laboratories,* 155 F.R.D. 525 (USDC, E.D.
10    Pennsylvania (1994)).

11

12    **REQUEST FOR PRODUCTION NO. 7:** Produce any and all documents and/or

13    tangible items in your possession, custody or control that relate to your response to

14    Interrogatory No. 7.

15    **RESPONSE:**

16    N/A.

17

18    **INTERROGATORY NO. 8:** Identify each person who has knowledge or

19    information related to any of the allegations in your Complaint or Defendant's Answer, or

20    who you contend has knowledge or information that supports any of your claims or

21    allegations in this action, and for each such person, describe generally the knowledge or

22    information they have and specify whether you intend to call the person as a witness at trial.

23

24

25

DEFENDANT WASHINGTON STATE PROCESS SERVERS
ASSOCIATION'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFFS & ANSWERS– 6
(Cause No. CV04-1453C)

MCGLOTHIN MYHRE, P.L.L.P.
1221 East Pike, Suite 205
Seattle, WA 98122
206.527.2500   Fax 206.527.7100

**ANSWER:**

1.  Mario A. Torres
    c/o McGlothin Myhre, PLLP
    1221 E. Pike St., Suite 205
    Seattle, WA 98122
    Phone: (206) 527-2500
    Fax:   (206) 527-7100

    Mr. Torres has information regarding all facts alleged in Plaintiff's Complaint.

2.  Robert Lack
    c/o Leavy, Schultz, Davis & Fearing, P.S.
    2415 W. Falls Avenue
    Kennewick, WA 99336
    Phone: (509) 736-1330
    Fax:   (509) 736-1580

    Mr. Lack is believed to have information regarding his conduct in contacting Plaintiff Torres' employer and companies doing business with Plaintiff Casey Investigations.

3.  Mark Owens
    c/o Leavy, Schultz, Davis & Fearing, P.S.
    2415 W. Falls Avenue
    Kennewick, WA 99336
    Phone: (509) 736-1330
    Fax:   (509) 736-1580

    Mr. Owens is believed to have information regarding his conduct in contacting Plaintiff Torres' employer and companies doing business with Plaintiff Casey Investigations.

4.  Diane Pefley
    c/o Davies Pearson, P.C.
    920 Fawcett
    P.O. Box 1657
    Tacoma, WA 98401
    Phone: (253) 620-1500
    Fax:   (25) 572-3052

    Ms. Pefley is believed to have information regarding his conduct in contacting Plaintiff Torres' employer and companies doing business with Plaintiff Casey Investigations.

DEFENDANT WASHINGTON STATE PROCESS SERVERS
ASSOCIATION'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFFS & ANSWERS– 7
(Cause No. CV04-1453C)

McGLOTHIN MYHRE, P.L.L.P.
1221 East Pike, Suite 205
Seattle, WA 98122
206.527.2500  Fax 206.527.7100

5.     Gregory Rustand
c/o Davies Pearson, P.C.
920 Fawcett
P.O. Box 1657
Tacoma, WA 98401
Phone: (253) 620-1500
Fax:    (25) 572-3052

Mr. Rustand is believed to supervise Pefley and owns Defendant A2Z Legal
Services, Inc. He is believed to have knowledge about Ms. Pefley's activities.
He also has knowledge about his supervising Ms. Pefley.

6.     Mary Lee Rustand
c/o Davies Pearson, P.C.
920 Fawcett
P.O. Box 1657
Tacoma, WA 98401
Phone: (253) 620-1500
Fax:    (25) 572-3052

Ms. Rustand is believed to supervise Pefley and owns Defendant A2Z Legal
Services, Inc. She is believed to have knowledge about Ms. Pefley's activities.
She also has knowledge about his supervising Ms. Pefley.

7.     Robert Zorn
Representative of Washington State Process Services Association
c/o Daniel L. Thieme
Andrea Tersigni
Littler Mendelson, P.C.
Bank of America Tower
701 Fifth Ave., Suite 6500
Seattle, WA 98104-7097

Mr. Zorn has knowledge concerning WSPSA's attempts to get Plaintiff Casey
Investigations to join WSPSA.

8.     Martin Zambrano
416 So. Grant St.
Kennewick, WA 99336

Mr. Zambrano has knowledge concerning Defendants Owens' and Pronto
Process Services' slanderous and defamatory statements.

DEFENDANT WASHINGTON STATE PROCESS SERVERS
ASSOCIATION'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFFS & ANSWERS– 8
(Cause No. CV04-1453C)

McGLOTHIN MYHRE, P.L.L.P.
1221 East Pike, Suite 205
Seattle, WA 98122
206.527.2500  Fax 206.527.7100

9. Scott "Lee" Stotts
   3017 So. Dayton St.
   Kennewick, WA 99336

   Mr. Stotts is the former sales representative for Plaintiff Casey Investigations.
   He has knowledge about Plaintiff Casey Investigations' business relationship
   with its customers and prospective customers, including Armada Corporation.
   He also has knowledge about statements made by and to these customer or
   potential customers.

10. Rex Prout - Liquor Control Board
    Pacific Plaza Building
    3000 Pacific Ave. SE
    Olympia, WA 43094
    Phone: (360) 664-1729

    Mr. Prout is the Assistant Chief of the Liquor Control Board. He has
    information regarding Mr. Lack's slanderous and defamatory statement about
    Plaintiffs.

11. Agent Kent Williams
    3017 So. Dayton St.
    Kennewick, WA 99336

    Mr. Williams is a Liquor Control Board Agent. He has knowledge about Mr.
    Lack's and Ms. Pefley's slanderous and defamatory statements and Kevin
    Starkey's statements.

12. Secretary Jodi Comstock
    4004 W. 43rd Ave.
    Kennewick, WA 99336

    Ms. Comstock is the Secretary of the Kennewick office of the Liquor Control
    Board. She has general knowledge about Mr. Owens and Ms. Pefley's
    slanderous and defamatory comments and Mr. Torres' resignation.

13. Senior Agent Kevin Starkey
    304 Railroad Ave.
    Cashmere, WA 98815

    Mr. Starkey is a Senior Agent of the Liquor Control Board. He has knowledge
    about the Liquor Control Board's serving and processing Mr. Lack and
    Ms. Pefley's Complaint.

DEFENDANT WASHINGTON STATE PROCESS SERVERS
ASSOCIATION'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFFS & ANSWERS– 9
(Cause No. CV04-1453C)

MCGLOTHIN MYHRE, P.L.L.P.
1221 East Pike, Suite 205
Seattle, WA 98122
206.527.2500 Fax 206.527.7100

14. Barbara Vane

   Ms. Vane is believed to have knowledge about slanderous and defamatory statements made by Defendants to the State Liquor Control Board.

15. Richard Phillips a/k/a Rick Phillips
    Chief Liquor Control Board

   Mr. Phillips is believed to have knowledge about slanderous and defamation, statements made by Defendants to the State Liquor Control Board.

16. Representative of Evergreen Financial Services
    Denice Gorski, Manager or other employees
    P.O. Box 9073
    Yakima, WA 98909

   This representative has knowledge about the slanderous and defamatory statements made by Defendants Lack and Pefley.

17. Representative of Armada Corporation of Kennewick
    Dina (Manager - last name may be England)
    1045 W. Columbia Drive
    Kennewick, WA 99336

   This representative has knowledge about the slanderous and defamatory statements made by Defendants Lack and Pefley.

   This representative has knowledge about the business relationship between Plaintiff Casey Investigations and Armada.

18. Representatives of Yakima County Credit Service
    (Sheila - Owner and employees)
    P.O. Box 9244
    Yakima, WA 98909

   This representative has knowledge about the slanderous and defamatory statements made by Defendants Lack and Pefley.

19. Representative of Olympic Credit Service
    Judy [last name unknown]
    P.O. Box 3432
    Wenatchee, WA 98807

   This representative has knowledge about the slanderous and defamatory statements made by Defendants Lack and Pefley.

DEFENDANT WASHINGTON STATE PROCESS SERVERS
ASSOCIATION'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFFS & ANSWERS– 10
(Cause No. CV04-1453C)

McGLOTHIN MYHRE, P.L.L.P.
1221 East Pike, Suite 205
Seattle, WA 98122
206.527.2500  Fax 206.527.7100

20.  Representative of Hanford Collectors, Mary Kay (last name unknown)
     2120 W. Henry Ave.
     Pasco, WA 99301

     This representative has knowledge about the slanderous and defamatory
     statements made by Defendants Lack and Pefley.

21.  Representative of NCMI Corporation
     1919 Pittsburgh St.
     Kennewick, WA 99336

     This representative has knowledge about the slanderous and defamatory
     statements made by Defendants Lack and Pefley.

22.  Representative of Washington Collectors, Lynette (last name unknown)
     510 No. 20th Ave.
     Pasco, WA 99301

     This representative has knowledge about the slanderous and defamatory
     statements made by Defendants Lack and Pefley.

23.  Representative of State of Washington
     Mary Walcott
     Office of State Procurement
     P.O. Box 41017
     Olympia, WA 98504-1017

     This representative has knowledge about the slanderous and defamatory
     statements made by Defendants Lack and Pefley.

24.  Representative of State of Washington
     Patti Sandstrom
     Office of State Procurement
     P.O. Box 41017
     Olympia, WA 98504-1017

     This representative has knowledge about the slanderous and defamatory
     statements made by Defendants Lack and Pefley.

25.  Rick Head, Economics Expert
     c/o McGlothin Myhre, PLLP
     1221 E. Pike St., Suite 205
     Seattle, WA 98122
     Phone: (206) 527-2500
     Fax:   (206) 527-7100

     Mr. Head is a Certified Public Accountant and principal in the firm Clothier &
     Head. He will testify as to Plaintiff's economic damages.

DEFENDANT WASHINGTON STATE PROCESS SERVERS
ASSOCIATION'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFFS & ANSWERS– 11
(Cause No. CV04-1453C)

MCGLOTHIN MYHRE, P.L.L.P.
1221 East Pike, Suite 205
Seattle, WA 98122
206.527.2500  Fax 206.527.7100

[It is unknown which of the above individuals will be called at trial.]

**INTERROGATORY NO. 9:**  Identify each person from whom written and signed (or otherwise adopted or approved) recorded or transcribed statements or reports have been secured related to any of the allegations in your Complaint or Defendant's Answer.

**ANSWER:**

Responding party has no such documents in its possession, custody or control responsive to this request.

**REQUEST FOR PRODUCTION NO. 8:**  Produce any and all documents and/or tangible items that evidence any of the statements or reports that you are asked to identify in the prior interrogatory.

**RESPONSE:**

N/A.

**INTERROGATORY NO. 9A:**  For each element of damages that Plaintiff Casey Investigations, LLC alleges it suffered because of the allegedly unlawful acts of Defendants or its agents and/or that it seeks, or intends to seek, to recover in this lawsuit, please identify the following:

 a. The nature of each element of damages claimed;

 b. The dollar amount claimed and its method of calculation;

 c. The specific persons and activities that allegedly caused each element of damages;

DEFENDANT WASHINGTON STATE PROCESS SERVERS
ASSOCIATION'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFFS & ANSWERS– 12
(Cause No. CV04-1453C)

McGLOTHIN MYHRE, P.L.L.P.
1221 East Pike, Suite 205
Seattle, WA 98122
206.527.2500  Fax 206.527.7100

d. The person(s) who calculated or participated in calculating the amount of such damages or who have knowledge concerning the methodology of computing such damages; and

e. The person(s) with knowledge of the facts on which your claims for damages are based.

**ANSWER:**

Damages are currently being analyzed by Plaintiff's economic expert and not yet calculated. Plaintiff will supplement this response with additional information, as it becomes available.

**REQUEST FOR PRODUCTION No. 9A:** Produce any and all documents and/or tangible items that in any way were used or consulted or relied upon in arriving at the dollar amounts for damages claimed in your answer to the prior interrogatory.

**RESPONSE:**

All documents responsive to this request have been previously produced. Additional non-privileged documents, as they become available, will be produced.

**INTERROGATORY NO. 9B:** For each element of damages that Plaintiff Mario Torres alleges he suffered because of the allegedly unlawful acts of Defendants or its agents and/or that he seeks, or intends to seek, to recover in this lawsuit, please identify the following:

a. The nature of each element of damages claimed;

b. The dollar amount claimed and its method of calculation;

c. The specific persons and activities that allegedly caused each element of damages;

DEFENDANT WASHINGTON STATE PROCESS SERVERS
ASSOCIATION'S FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO PLAINTIFFS & ANSWERS– 13
(Cause No. CV04-1453C)

McGLOTHIN MYHRE, P.L.L.P.
1221 East Pike, Suite 205
Seattle, WA 98122
206.527.2500 Fax 206.527.7100