```
_____ FILED      _____ ENTERED
_____ LODGED    _____ RECEIVED

              FEB 15 2005      ES

                AT SEATTLE
        CLERK U.S. DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
   BY                           DEPUTY
```

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| CASEY INVESTIGATORS, LLC, A WASHINGTON LIMITED LIABILITY COMPANY, AND MARIO A. TORRES, AN INDIVIDUAL<br>Plaintiff/Petitioner<br><br>vs.<br>PRONTO PROCESS SERVICE, INC., A WASHINGTON CORPORATION; ET AL.<br>Defendant/Respondent | Cause #: CV04-1453 C<br><br>Declaration of Service of:<br>SUBPOENA DUCES TECUM FOR EMPLOYMENT RECORDS; CERTIFICATE OF SERVICE<br><br>Hearing Date: Feb 22 2005 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Feb 11 2005 4:45PM at the address of 3000 PACIFIC AVE SE OLYMPIA, within the County of Thurston, State of Washington, the declarant duly served the above described documents upon JAMES D. KAUFFMAN, PUBLIC RECORDS OFFICER, STATE OF WASHINGTON WASHINGTON STATE LIQUOR CONTROL BOARD by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with JAMES D KAUFFMAN.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: February 14, 2005 at Olympia, WA

by _____ B. Gogan _____                    Service Fee Total: $  130.05

04-CV-01453-DECL

ORIGINAL
OOF OF SERVICE

Littler Mendelson PC
701 5th Ave. #6500
Seattle, WA  98104
206 623-3300

Page 1 of 1