

# McGLOTHIN MYHRE P.L.L.P.
## TRIAL LAWYERS

1221 East Pike, Suite 205
Seattle, Washington 98122
Telephone 206.527.2500
Facsimile 206.527.7100

DENNIS J. McGLOTHIN*
THEODORE A. MYHRE
JAMES C. McGUIRE**
*also admitted to practice in Florida
**also admitted to practice in California

THEODORE A. MYHRE
DIRECT DIAL: (206) 957-6453
EMAIL: theo@mmtriallawyers.com

March 16, 2005

Clerk, U.S. District Court
Western District of Washington
United States Courthouse
700 Stewart Street
Seattle, WA 98101

Re:   *Casey Investigations, LLC and Torres v Pronto Process Service, et al*
      Case No. CV04-1453C

Dear Clerk of the Court:

Due to settlement negotiations concerning this matter, please strike the April 1, 2005 hearing date noted for Plaintiffs' Motion to Compel Testimony of Defendants Mark Owens and Robert Lack, Docket No. 44. Plaintiffs reserve the right to re-note the hearing if the tentative settlement fails. Please contact me if you have any further questions or concerns. Thank you.

Very truly yours,

Theodore A. Myhre

216 0001 bc161904