1
2
3
4
5
6

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASEY INVESTIGATORS LLC, a Washington Limited Liability Company, and MARIO A. TORRES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRONTO PROCESS SERVICE, INC., a Washington corporation; NORTHWEST RAIL ENTERPRISES, INC., a Washington corporation; MARK OWENS, an individual; GREGORY and MARY LEE RUSTAND, individually and as a married couple; DIANE PEFLEY, an individual; A to Z LEGAL SUPPORT SERVICES, a Washington business entity; ROBERT G. LACK, an individual; WASHINGTON STATE PROCESS SERVERS ASSOCIATION, a Washington business association; and NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS, a national business association,<br><br>Defendants. | The Honorable John C. Coughenour<br><br>Case No. CV04-1453 C<br><br>DEFENDANT WSPSA'S ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>[PROPOSED]<br><br>NOTE ON MOTION CALENDAR:<br><br>FRIDAY, APRIL 22, 2005 |

THIS MATTER having come before the Court on April 15, 2005, upon Defendant WSPSA's Motion for Summary Judgment, and the Court having reviewed the Motion and supporting Declarations, the Opposition to the Motion and all supporting Declarations, the

[PROPOSED] DEFENDANT WSPSA'S ORDER GRANTING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No. CV04-1453 C
Seattle:34802.1 048501.1002

JAMES G. ZISSLER
LITTLER MENDELSON, P.C.
Bank of America Tower
701 Fifth Avenue, Suite 6500
Seattle, WA 98104.7097
206.623.3300

1  Defendant WSPSA's Reply and supporting Declarations, and the records and files herein, now
2  therefore,
3      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:
4      1.    Defendant WSPSA's motion for summary dismissal of Plaintiff's claims of
5  defamation is **GRANTED**.
6      2.    Defendant WSPSA's motion for summary dismissal of Plaintiff's claims of
7  violation of 15 U.S.C § 1, *et seq.*, ("The Sherman Act") is **GRANTED**.
8      3.    Defendant WSPSA's motion for summary dismissal of Plaintiff's claims for
9  intentional interference with contractual relations and interference with business expectancy is
10  **GRANTED**.
11      4.    Defendant WSPSA's motion for summary dismissal of Plaintiff's claims of
12  violation of the Washington Consumer Protection Act is **GRANTED**.

DATED this _____ day of April, 2005.

_____
**Honorable John C. Coughenour**

Presented by:

LITTLER MENDELSON
A Professional Corporation

By _____
Daniel L. Thieme, WSBA #12855
James G. Zissler, WSBA #30287
Attorneys for Defendant
WASHINGTON STATE PROCESS
SERVERS ASSOCIATION

---

**[PROPOSED] DEFENDANT WSPSA'S ORDER GRANTING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
Case No. CV04-1453 C
Seattle:34802.1 048501.1002

-2-

JAMES G. ZISSLER
LITTLER MENDELSON, P.C.
Bank of America Tower
701 Fifth Avenue, Suite 6500
Seattle, WA 98104.7097
206.623.3300