1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9 | CASEY INVESTIGATORS LLC, a Washington
Limited Liability Company, and MARIO A.

10 | TORRES, an individual,

11 |              Plaintiffs,

12 |        v.

13 | PRONTO PROCESS SERVICE, INC., a
Washington corporation; NORTHWEST RAIL

14 | ENTERPRISES, INC., a Washington
corporation; MARK OWENS, an individual;

15 | GREGORY and MARY LEE RUSTAND,
individually and as a married couple; DIANE

16 | PEFLEY, an individual; A to Z LEGAL
SUPPORT SERVICES, a Washington business

17 | entity; ROBERT G. LACK, an individual;
WASHINGTON STATE PROCESS SERVERS

18 | ASSOCIATION, a Washington business
association; and NATIONAL ASSOCIATION

19 | OF PROFESSIONAL PROCESS SERVERS, a
national business association,

20

21 |              Defendants.

**The Honorable John C. Coughenour**

**Case No. CV04-1453 C**

**DECLARATION OF ROBERT C.
ZORNES IN SUPPORT OF
WASHINGTON STATE PROCESS
SERVERS ASSOCIATION'S
MOTION FOR SUMMARY
JUDGMENT**

22 |        I, Robert C. Zornes, declare and state as follows:

23 |        1.        I am over the age of eighteen, not a party to this action, and have personal

24 | knowledge of the facts contained in this Declaration.  I am competent to testify as to the facts

25 | provided below.

26 | DECLARATION OF ROBERT C. ZORNES  IN SUPPORT
OF WSPSA'S MOTION FOR SUMMARY JUDGMENT
Case No. CV04-1453 C
SEATTLE:34786.1 048501.1002

JAMES G. ZISSLER
LITTLER MENDELSON, P.C.
Bank of America Tower
701 Fifth Avenue, Suite 6500
Seattle, WA  98104.7097
206.623.3300

2.      I am a former Executive Director of the Washington State Process Servers Association ("WSPSA").

3.      I have been a WSPSA member for 12 years.

4.      I frequently invite individuals to join WSPSA who are not members and who I know are involved in the process server business.

5.      I believe WSPSA membership provides a great value to those who choose to join.

6.      Many individuals whom I invite nevertheless choose not to join WSPSA.

7.      For example, I have solicited H&H Legal Messengers located in Idaho to join WSPSA. H&H Legal Messengers is not a member of WSPSA.

8.      I am co-owner of a company called I-5 Legal Support NW, LLC located in Seattle. I use H&H Legal Messengers to serve process for my company even though it is not a WSPSA member.

9.      I am unaware of any action taken by any WSPSA member on the basis that Mr. Torres did not join WSPSA.

I declare under penalty of perjury according to the laws of the State of Washington that the foregoing is true and correct.

Dated this **25**th day of March, 2005.

_____
Robert C. Zornes

DECLARATION OF ROBERT C. ZORNES IN SUPPORT
OF WSPSA'S MOTION FOR SUMMARY JUDGMENT
Case No. CV04-1453 C
SEATTLE:34786.1 048501.1002

-2-

JAMES G. ZISSLER
LITTLER MENDELSON, P.C.
Bank of America Tower
701 Fifth Avenue, Suite 6500
Seattle, WA  98104.7097
206.623.3300