UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASEY INVESTIGATORS LLC, a Washington Limited Liability Company, and MARIO A. TORRES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRONTO PROCESS SERVICE, INC., a Washington corporation; NORTHWEST RAIL ENTERPRISES, INC., a Washington corporation; MARK OWENS, an individual; GREGORY and MARY LEE RUSTAND, individually and as a married couple; DIANE PEFLEY, an individual; A to Z LEGAL SUPPORT SERVICES, a Washington business entity; ROBERT G. LACK, an individual; WASHINGTON STATE PROCESS SERVERS ASSOCIATION, a Washington business association; and NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS, a national business association,<br><br>Defendants. | The Honorable John C. Coughenour<br><br>Case No. CV04-1453 C<br><br>**DECLARATION OF ERIC VENNES IN SUPPORT OF WASHINGTON STATE PROCESS SERVERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT** |

I, Eric Vennes, declare and state as follows:

1. I am over the age of eighteen, not a party to this action, and have personal knowledge of the facts contained in this Declaration. I am competent to testify as to the facts provided below.

DECLARATION OF ERIC VENNES IN SUPPORT
OF WSPSA'S MOTION FOR SUMMARY JUDGMENT
Case No. CV04-1453 C
Seattle:34757.1 048501.1002

JAMES G. ZISSLER
LITTLER MENDELSON, P.C.
Bank of America Tower
701 Fifth Avenue, Suite 6500
Seattle, WA 98104.7097
206.623.3300

2. I am the current Executive Director of the Washington State Process Servers Association ("WSPSA").

3. WSPSA is a non-profit incorporated association consisting of individuals who work in the private investigator and process serving businesses.

4. For 15 years, I owned and operated a process service called NW Legal Support, Inc. I recently sold the business.

5. I have been a Member of WSPSA for 13 years.

6. Defendant Robert Lack is not and never has been a member of WSPSA.

7. Defendants Diane Pefley and Mark Owens were not WSPSA officers or directors at the time of their alleged actions in this matter.

8. In my role as WSPSA Executive Director, as a long-time member of WSPSA, and as a former owner and operator of a process service company, I am familiar with both WSPSA as well as the business practices of many WSPSA members.

9. WSPSA provides educational services to its members, such as information on the proper service of process.

10. WSPSA publishes a directory containing the names and contact information of its members. WSPSA has both in-state and out-of-state members. WSPSA members' clients sometimes request that process be served in a geographical area in Washington state, or outside the state, that the WSPSA member does not serve. In those circumstances, the WSPSA directory is an excellent referral source because it contains the names and contact information of WSPSA member process servers both in Washington state and other states. A national organization, the National Association of Professional Process Servers ("NAPPS"), which some WSPSA members

DECLARATION OF ERIC VENNES IN SUPPORT
OF WSPSA'S MOTION FOR SUMMARY JUDGMENT
Case No. CV04-1453 C

JAMES G. ZISSLER
LITTLER MENDELSON, P.C.
Bank of America Tower
701 Fifth Avenue, Suite 6500

also belong to, and which was previously named as a defendant in this action, also publishes a similar directory which is an excellent source to obtain contact information and referrals for service outside of Washington state. Of course, the Yellow pages and the internet are other sources to locate process servers. Indeed, Torres' business, Casey Investigations, is listed in the Seattle Metro DEX yellow pages even though his business is located in the Tri-Cities, Washington area. Attached as Exhibit 1 to my Declaration is a copy of the DEX yellow page section for process servers in Seattle which includes Torres' company. In my experience, when a company such as Casey Investigations advertises services in an area in which they do not have an office, they generally refer the work to a local process service company, and add a fee to the amount charged by the local process company when billing the client, or they retain individual process services in that area to whom they direct the process to be served and, again, add to their client's bill a small amount in addition to the amount charged by the individual process server, That is how the process company earns a profit on work they did not personally serve.

11.     When I operated NW Legal Support, Inc., there were many occasions when I used a non-WSPSA member to serve process in a geographic area that I did not serve. Sometimes the reason I used a non-WSPSA member was because I obtained a lower price from them. Sometimes I used a non-WSPSA member even though a WSPSA member served the same geographic area because I had used the non-WSPSA member in the past and had gotten good results. I did not always use WSPSA members and I know many WSPSA members who use non-WSPSA members to serve process.

12.     The process service business is a volume, location and price-driven business. For example, by location I mean that the more remote a geographic area, the more costly it is to serve

DECLARATION OF ERIC VENNES IN SUPPORT
OF WSPSA'S MOTION FOR SUMMARY JUDGMENT
Case No. CV04-1453 C

JAMES G. ZISSLER
LITTLER MENDELSON, P.C.
Bank of America Tower
701 Fifth Avenue, Suite 6500

process. It is also a volume driven business because the more volume a client is willing to provide, the lower the price a process server may be willing to charge in order to obtain the business. The primary advantage that the WSPSA member gains by utilizing a WSPSA member listed in the WSPSA directory or by utilizing a NAPPS member in the NAPPS directory is *not* price but (a) the ability to quickly locate a process server in the desired area that a client needs; and (b) if there is a dispute over payment or the service provided, WSPSA and NAPPS provide a dispute resolution process that the WSPSA or NAPPS member would not have the ability to utilize if they had a dispute with a non-member.

13. Some WSPSA members prefer using a WSPSA or NAPPS member for the reasons stated in paragraph 11 above, rather than randomly plucking a name from the internet and entrusting the client's process to an unknown process service. I am aware, however, of some WSPSA members whose primary concern is the "bottom line," and finding a process server with the cheapest price, which may or may not be provided by a WSPSA or NAPPS member.

14. I am aware of Mr. Torres' allegation that some WSPSA members charge WSPSA members a certain price and non-WSPSA members a different price to serve process. I am not aware of that practice. I am also aware that Mr. Torres alleges a dual pricing scheme was included on WSPSA's website. I have never seen that on the WSPSA website. I have spoken with Mr. Matt Vrabilik, WSPSA's website coordinator who is responsible for all WSPSA website content, who lacks knowledge that any such pricing schedule was ever contained on the WSPSA website.

15. I am aware of Mr. Torres' allegation that WSPSA members are not allowed to charge more for the service of process in their area than is being charged in the referring

DECLARATION OF ERIC VENNES IN SUPPORT
OF WSPSA'S MOTION FOR SUMMARY JUDGMENT
Case No. CV04-1453 C

JAMES G. ZISSLER
LITTLER MENDELSON, P.C.
Bank of America Tower
701 Fifth Avenue, Suite 6500

member's area. I have never heard of such a practice, nor would that make good business sense. As explained above, price is driven by volume as well as location. It is more difficult and costly to serve process in a remote Washington county than in an urban center such as Seattle. The alleged arrangement Torres describes would make no sense from a business standpoint because a process server in a remote county has to charge a higher price because of the mileage and time involved to serve process and therefore would have no incentive, and in fact would lose money, if they agreed to charge a lower Seattle price for process. Price is not determined by WSPSA membership, it is determined by the cost associated with serving process.

16. I am likewise aware of Mr. Torres' allegation that WSPSA members prefer to use more "senior" WSPSA members over non-WSPSA members or "junior" WSPSA members. WSPSA has no such classification system. Again, I am unaware of any such practice. It is, however, likely that longstanding WSPSA members are better known in the industry simply because they have been in business longer, and thus individuals know their reputation. It is harder at first for a newer company to get their name out. Indeed, that is one benefit of joining WSPSA and NAPPS because they provide a membership directory and the ability to network with other process servers. I am unaware, however, of any WSPSA member that chooses to use an individual because they are a "senior" WSPSA member, nor do I have any reason to believe such a practice exists.

I declare under penalty of perjury according to the laws of the State of Washington that the foregoing is true and correct.

Dated this 25th day of March, 2005.

*H. Eric Vennes*

DECLARATION OF ERIC VENNES IN SUPPORT
OF WSPSA'S MOTION FOR SUMMARY JUDGMENT
Case No. CV04-1453 C

JAMES G. ZISSLER
LITTLER MENDELSON, P.C.
Bank of America Tower
701 Fifth Avenue, Suite 6500

*EXHIBIT 1*

# DexOnline.com

**Printers-Product 1079 Pr**

## Printers-Computer

LASER PRINTERS • DOT MATRIX • INKJET
PC & MAC REPAIR • FAX MACHINES
MONITORS • COPIERS • TYPEWRITERS

### FAST SERVICE!
PICKUP & DELIVERY
SERVICE • SUPPLIES • RENTALS
ALL MAJOR BRANDS
Apple EPSON LEXMARK
brother HP OKIDATA
Canon IBM Panasonic
MINOLTA

### WASHINGTON BUSINESS EQUIPMENT
SINCE 1953
**206 284-7800**
3935 Stone Way N. • Seattle

Repair & Networking
053 Aurora N Seattle — 425 776-5757
Iritech Laser Inc
410 NE 124th St Kirk — 425 825-1153

### ERITECH OFFICE SYSTEMS
HP • RICOH
Sales Service Supplies
**206.624.3438**
1.800.236.7799 • www.ameritechimaging.com

y Tech Inc
620 NE 16th Blvd — Seattle Tel No. 206 441-4353
y Tech Inc 13620 NE 16th Blvd — 425 746-6133
EC PRINTER SALES & SERVICE
4 Upland Dr Tukwila — 206 575-1470
www.datecinc.net

### PRINTER • FAX SALES & SERVICE
On-site or In House
HP • Brother • Okidata • Samsung • Canon
Epson • Star • Zebra • Eltron • Sato
Receipt Paper - Case or Pallet
Labels & Tags - Case or Pallet
425-881-1789   12727 NE 20th St #8 BLV

npic Laser
110 N 124th St Kirkland — 425 825-1153
fic Office Automation Inc
105 SE 37th Blvd — 425 653-5700
DOCTOR
111 Northup Way #213 Bellevue — 206 329-9099
C Recycled Computers & Peripherals
1 Andover Park W Tukwila — 206 575-8737
LY GENICOM PRINTER CORPORATION

### Tally Genicom
• Color Laser Printers • Laser Printers
• Line Printers   • Multi-Part Form Printers
• Bar Code Printers  • Service & Maintenance
Sales • Supplies • Service
(425) 251-5524
Office 8301 S 180th St Kent — 425-251-5500
DEALERS:
Battle Data
746 Industry Dr Tukwila — 206 575-8123
Ineum Computer Products
143 SW 41st Renton — 425 251-0711

### TECHNICAL SUPPORT SERVICES
ON-SITE PRINTER REPAIR
Same day service available
Serving Puget Sound since 1991
www.printerandfaxrepair.com
**206-623-7886**

### WARRANTY BUSINESS SYSTEMS INC
NEED TONER?
Printer Repair & Supplies
Fax Repair & Supplies
HP & Brother Authorized
19 S Central Suite 68 Kent — 253 859-1629
78 ©2004 Dex Media, Inc.

---

WASHINGTON BUSINESS EQUIPMENT
3935 Stone Way N Seattle — 206 284-7800
Please See Advertisement This Page
Western Duplicating Supplies
5602 2nd S — 206 767-5323

## Printers-Glass, Metal, Plastic Etc

Brainstorm Pad Printing Seattle — 206 985-0737
Northwest Assembly & Machining
3011 S Chandler St Tacoma
Toll Free-Dial 1 & Then — 866 844-1965
Pad Printing Services
12051 31st NE — 206 362-4544

## Printing Brokers

Advent Print Resources
12620 Interurban S Tukwila — 206 433-8004
Cardwell Marketing Corp Blvu — 425 883-0341
Foilmaster 32207 7th Pl SW FedWy — 253 815-1464
Fontarrelis 5501 4th S — 206 728-2104
Infield Press — 206 624-2111
JB Graphix Renton — 425 204-8336
Lehrer & Van Allen
17509 NE 31st Ct Redmd — 425 883-7400
Litho Direct Inc Blvu — 425 450-9882
Print Solution 215 Jewell Enumcl — 360 825-3633
Print-Tech — 206 282-2277
Printing Services West
6101 238th St SE Woodnvl — 425 402-8600
Star Print Brokers Inc
6514 153d SE Blvu — 425 603-1777

## Printing Equipment

COPIERS NORTHWEST INC

### T/R SYSTEMS
Inventors of Cluster Printing
**206-282-1200**
601 Dexter N Seattle
www.copiersnw.com

DWYER EDWIN C CO
15830 Ambaum Blvd SW Burien — 206 241-2955
H & M Paster Sales & Service Inc
P O Box 3135 Kirkland — 425 883-4451
Komori West
7534 SW Ashford St Tigard, OR — 503 639-4626
Parts & Service Toll Free — 800 638-0511
LANIER WORLDWIDE INC
11624 SE 5th Blvd — 425 451-4744
Nipson Printing Systems
3840 W Mercer Way Mercerls — 206 232-4351
NORTHWEST PRINTERS SUPPLY
6521 5th S Seattle — 206 762-7065
Presswork 12345 Lake City Wy NE — 206 285-5227
Quickset 6868 132d Pl SE Newcastle — 425 793-7770
RIETSCHLE (WERIE) COMPRESSORS
VACUUM PUMPS & BLOWERS—
*FACTORY AUTHORIZED DISTRIBUTORS*
DICKINSON EQUIPMENT CO INC
3220 17th Ave W Seattle — 206 285-1090
RIETSCHLE (WERIE) COMPRESSORS
VACUUM PUMPS & BLOWERS—
*FACTORY AUTHORIZED STOCKING DISTRIBUTORS*
FLUID ENGINEERING ASSOCIATES
9530 NE 1st St Bellevue, WA — 425 453-8239
Rydbeck & Associates Kent — 253 859-5112
United Business Machines Of Washington Inc
11050 118th Pl NE Kirk — 425 827-0611
Web Press Corp 22023 68th S Kent — 206 292-8231
Web Press Corp
22023 68th Av S Kent — 253 395-3343

## Printing Equipment-Repair

A B Dick Company Woodnvl — 425 788-4602
Broadway Electric Co
Printing/Bindery Electrical Specialist
— 206 324-9691
Dwyer Edwin C Co
15830 Ambaum Blvd SW Burien — 206 241-2955
Hill Offset Company Renton — 425 254-1005
LOVE'S OFFSET PRINTING SERVICE INC
17811 98th Av S Renton — 425 226-3050
Press Line Printing Equipment Inc
9622 16th SW — 206 767-7377
Presswork 12345 Lake City Wy NE — 206 285-5227
PRINTERS PARTS STORE NW
Parts, Attachments & Accessories
Toll Free-Dial 1 & Then — 800 821-4022

The Dex Yellow Pages is always available
24 hours a day, 365 days a year - it lets
you shop when you want to shop.

---

## Service Business Equipment & Sales

### COPIER SALES & SERVICE
LASER PRINTERS
HP REPAIR
www.greatcopiers.net
20618 84th Ave Kent — 206 381-8968

3 Sharp LLC
15311 NE 90th St Redmond — 425 882-1032

## Printing Plates & Negatives

Iridio 5050 First Avenue South Seattle — 206 587-0278
Superior Rubber Die Co Inc
520 S River — 206 763-2440

## Printing-Pre-Press Service

AGT Seattle
3820 150th Ave NE Redmond — 425 881-5454
AD SERVICES
325 Westlake Ave N Seattle — 206 623-6963
BiGink 1908 Minor Ave — 206 622-6567
C-K GRAPHICS 501 E Pike — 206 623-3758
Color Art Press
9451 Delridge Way SW — 206 762-0784
Image East
1600 124th Ave NE Suite E Bellevue — 425 688-8131
IRIDIO
5050 First Avenue South Seattle — 206 587-0278
Lazergrafix Service Centers
25500 74th S Kent — 253 852-4646
Leatherback Publishing
681-7th Av Kirkland — 425 822-1202
OLYMPUS PRESS INC
3400 S 150th — 206 242-2700
PressReady Imaging Corporation
1511 3d — 206 447-0819
SUPREME GRAPHICS INC 1011 SW Klickitat Way
Suite 206 Seattle — 206 287-1717
THE COLOR GROUP
1407 S Dearborn St Seattle — 206 281-1630
TYPE CELLAR
3400 S 150th St Tukwila — 206 246-4871
V N Graphics 14640 NE 91st
Redmond — Bellevue Tel No 425 454-5165
WIZYWIG INC
711 6th Ave N #100 Seattle — 206 283-3069

## Printing Rollers

COLUMBIA RUBBER MILLS
14800 SE 82d Dr Clackamas, OR
Toll Free-Dial 1 & Then — 800 547-5557
Pamarco Pacific Inc
14515 75th Av NE Bothell — 425 821-5563
Roger's Rubber Mfg Inc
2810 Meridian E Edgewood — 253 845-8374
Scougal Rubber Corporation
6239 Corson S — 206 763-2650

## Printing Supplies

Anderson & Vreeland Northwest Inc
20206 87th S Kent — 253 395-1144
Arvey Paper & Office Products
1910 132d NE Blvu — 425 643-4333
Arvey Paper & Office Products
2930 First Ave South — 206 622-9232
Base-Line Inc
5103 D Northwest Auburn — 253 852-6681
COLOUR SYSTEM INTERNATIONAL
1017 S Myrtle — 206 768-1500
Enovation Graphic Systems
1226 37th NW Auburn — 253 833-2384
Gans Ink & Supply Co 1701 4th S — 206 624-4267
NORTHWEST PRINTERS SUPPLY
Electronic Prepress-Camera-Platemaking-Pressroom
6521 5th S Seattle — 206 762-7065
One Stop-Solution
5110 Olive Ave SE Auburn — 253 333-8647
STERLING LASER INC
893 Industry Dr Tukwila — 206 575-1411
Tabs To Go 110 42d NW Auburn — 253 854-8227

## Process Servers

ABC LEGAL SERVICES INC
910 5th Ave — 206 623-8771
Toll Free Call — 800 736-7295
Aardvark Legal Enterprises
PMB 171 2608 2nd Ave Seattle — 206 417-1550
ADVANTAGE PROCESS & INVESTIGATIONS
WE SPECIALIZE IN
SMALL CLAIMS & OTHER
LEGAL DOCUMENTS - LIKE YOURS
Evening & Weekend Calls OK-Investigations Available
2608 2nd Ave #2450 Seattle — 206 622-1047

---

ALLEGIANCE PROCESS SERVICE
Federal Way — 206 304-0544
Associated Messenger Service Inc
1424 4th — 206 839-1008
BACKGROUND CHECKS NORTHWEST
Local & National Process Service and Investigations
PO Box 77446 Seattle — 206 363-1401
CASEY INVESTIGATIONS PROCESS &
MESSENGER SERVICE — 206 860-2046
COMET COURIERS

### Legal Messenger Service
• *Quick Service of Process*
• *Courier Services*
www.evictaquick.com  206 234-6688

Gary's Process Service
108 Wells S Renton — 425 277-0302
Northwest Legal Support Inc
526 Yale N — 206 223-9426
POWERS INVESTIGATIONS — 425 235-0989
Process Service 1197 112th NE Blvu — 425 454-1831
Seattle Legal Process & Messenger Service
1931 2n Suite 214 — 206 443-0885
Seattle Process Service Inc
157 Yesler Way Ste 505 — 206 233-9454
Washington Legal Messengers
2225 4th — 206 374-0100

## Produce

CHARLIE'S PRODUCE
Fresh Fruits And Vegetables
4103 2nd Ave South — 206 625-1412
City Produce 712 7th S — 206 682-0320
Duck Delivery Of Washington Inc
1509 45th St East Sumner, WA
Toll Free-Dial 1 & Then — 800 275-2756
www.duckdelivery.com
FARMERS MARKETS
U-District, Columbia City, W Sea,
Lake City, Magnolia
4519 1/2 University Way NE — 206 547-2278
Fresh Mountain Market
13522 Ambaum Bv SW Burien — 206 277-7024
Kent Farmers Market The
206 Railroad Av N Kent — 253 632-6976
Lenny's Market
757 Rainier S Renton — 425 271-5910
M & H Produce 270 S Hanford — 206 342-9678
Mui Doung 1001 S King — 206 324-6205
Organically Grown Company
116 Roy — 206 283-6612
Pacific Rim Distributing
270 S Hanford — 206 587-5696
Paradise Gourmet Food
4660 E Marginal Way S — 206 297-1879
Pioneer Organics 901 NW 49th — 206 632-3424
Root Connections Organic Produce
13607 Wdnvl-Rdm Rd NE Redmond — 425 881-1006
S K Produce Co 270 S Hanford — 206 624-2608
SnoValley Fresh Fruits
3412 2nd Ave S — 206 625-9434
SnoValley Wholesale Fruit & Vegetables
Quality and Service is Our Mission-Free Delivery
3412 2nd Ave S Seattle — 206 625-9434
Sprouters Northwest Inc
20703 80th S Kent — 253 872-0577
Top Banana 6501 15th NW — 206 783-7786
Woodinville Farmers Market
Woodnvl — 206 546-7960

## Product Development & Marketing

Anderson Sara Design
1522 Post Aly — 206 285-1520
Boreus 8110 23d NE — 206 524-9171
Comet Design
927 Duchess Rd Bothell — 425 806-8698
Excalibur Engineering MplVly — 425 432-7504
Exergame Inc — 206 362-0087
Fiori 10316 NE 185th Bothell — 425 483-1075
Lake Side Design
18606 Bothell Wy NE Bthl — 425 424-2474
NW Entrepreneur 331 Andover Pk E — 206 575-3816
National Instruments Blvu — 425 451-9161
OT LLC 2543 1st N — 206 284-6830
Pansar Development Seattle — 206 533-2077
Product Creation Studio 5425 Ballard Ave NW Suite
100 Seattle — 206 297-7200
www.productcreationstudio.com

Siverson Design
8802 122nd Ave NE Kirk — 425 739-9918

*(Continued Next Page)*

Find it in the Dex Yellow Pages.

