UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CASEY INVESTIGATORS LLC, a Washington Limited Liability Company, and MARIO A. TORRES, an individual,

Plaintiffs,

v.

PRONTO PROCESS SERVICE, INC., a Washington corporation; NORTHWEST RAIL ENTERPRISES, INC., a Washington corporation; MARK OWENS, an individual; GREGORY and MARY LEE RUSTAND, individually and as a married couple; DIANE PEFLEY, an individual; A to Z LEGAL SUPPORT SERVICES, a Washington business entity; ROBERT G. LACK, an individual; WASHINGTON STATE PROCESS SERVERS ASSOCIATION, a Washington business association; and NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS, a national business association,

Defendants.

The Honorable John C. Coughenour

Case No. CV04-1453 C

DECLARATION OF KENNETH FIELD IN SUPPORT OF WASHINGTON STATE PROCESS SERVERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT

I, Kenneth x, declare and state as follows:

1. I am over the age of eighteen, not a party to this action, and have personal knowledge of the facts contained in this Declaration. I am competent to testify as to the facts provided below.

---

DECLARATION OF KENNETH FIELD IN SUPPORT OF WSPSA'S MOTION FOR SUMMARY JUDGMENT
Case No. CV04-1453 C
Seattle:34791.1 048501.1002

JAMES G. ZISSLER
LITTLER MENDELSON, P.C.
Bank of America Tower
701 Fifth Avenue, Suite 6500
Seattle, WA 98104.7097
206.623.3300

2.      I operate a business called Northwest Process Investigations which is located in Federal Way, Washington.

3.      I am presently not a WSPSA member.

4.      I have discussed with Mr. Zornes possibly joining WSPSA.

5.      I have received process service business from WSPSA members, including Mr. Zornes, even though I am not a WSPSA member.

I declare under penalty of perjury according to the laws of the State of Washington that the foregoing is true and correct.

Dated this 25th day of March, 2005.

_____
Kenneth Field

ORIGINAL

DECLARATION OF KENNETH FIELD IN SUPPORT
OF WSPSA'S MOTION FOR SUMMARY JUDGMENT
Case No. CV04-1453 C
Seattle:34791.1 048501.1002                    -2-

JAMES G. ZISSLER
LITTLER MENDELSON, P.C.
Bank of America Tower
701 Fifth Avenue, Suite 6500
Seattle, WA 98104.7097
206.623.3300