## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| CASEY INVESTIGATORS LLC, a Washington Limited Liability Company, and MARIO A. TORRES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRONTO PROCESS SERVICE, INC., a Washington corporation; NORTHWEST RAIL ENTERPRISES, INC., a Washington corporation; MARK OWENS, an individual; GREGORY and MARY LEE RUSTAND, individually and as a married couple; DIANE PEFLEY, an individual; A to Z LEGAL SUPPORT SERVICES, a Washington business entity; ROBERT G. LACK, an individual; WASHINGTON STATE PROCESS SERVERS ASSOCIATION, a Washington business association; and NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS, a national business association,<br><br>Defendants. | The Honorable John C. Coughenour<br><br>Case No. CV04-1453 C<br><br>DECLARATION OF MARSHA WILSON IN SUPPORT OF WASHINGTON STATE PROCESS SERVERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT |

I, Marsha Wilson, declare and state as follows:

1.  I am over the age of eighteen, not a party to this action, and have personal knowledge of the facts contained in this Declaration. I am competent to testify as to the facts provided below.

DECLARATION OF MARSHA WILSON IN SUPPORT
OF WSPSA'S MOTION FOR SUMMARY JUDGMENT
Case No. CV04-1453 C
SEATTLE:34796.1 048501.1002

JAMES G. ZISSLER
LITTLER MENDELSON, P.C.
Bank of America Tower
701 Fifth Avenue, Suite 6500

1      2.      I operate a business called H & H Legal Messengers which is located in Orofino,

2  Idaho. My business services an eight county area including parts of Idaho and Washington.

3      3.      I am presently not a WSPSA member.

4      4.      I have discussed joining WSPSA with WSPSA members.

5      5.      I regularly receive process service business from WSPSA members even though I

am not a WSPSA member.

I declare under penalty of perjury according to the laws of the State of Washington that the foregoing is true and correct.

Dated this 25th day of March, 2005.

_Marsha L. Wilson_
Marsha Wilson

DECLARATION OF MARSHA WILSON IN SUPPORT
OF WSPSA'S MOTION FOR SUMMARY JUDGMENT
Case No. CV04-1453 C
SEATTLE:34796.1 048501.1002

JAMES G. ZISSLER
LITTLER MENDELSON, P.C.
Bank of America Tower
701 Fifth Avenue, Suite 6500