UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CASEY INVESTIGATIONS, LLC, a Washington Limited Liability Company and MARIO A. TORRES, an individual,<br><br>                                       Plaintiffs,<br><br>vs.<br><br>PRONTO PROCESS SERVICE, INC., a Washington corporation; NORTHWEST RAIL ENTERPRISES, INC., a Washington corporation; MARK OWENS, an individual, GREGORY and MARY LEE RUSTAND, individually and as a married couple; DIANE PEFLEY, an individual; A to Z LEGAL SUPPORT SERVICES; a Washington business entity; ROBERT G. LACK, an individual, WASHINGTON STATE PROCESS SERVERS ASSOCIATION, a Washington business association; and NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS, a national business association,<br><br>                                       Defendants. | NO. CV04-1453C<br><br>**AFFIDAVIT OF EDWARD S. WINSKILL IN SUPPORT OF DEFENDANTS RUSTAND'S MOTION TO DISMISS** |

| | |
|---|---|
| **AFFIDAVIT OF EDWARD S. WINSKILL IN SUPPORT OF DEFENDANTS RUSTAND'S MOTION TO DISMISS [CV04-1453C]**<br><br>Page 1 of 3<br>skl s:\0xxxx\053xx\05332\11\pleadings\aff-esw.doc | **DAVIES PEARSON, P.C.**<br>ATTORNEYS AT LAW<br>920 FAWCETT -- P.O. BOX 1657<br>TACOMA, WASHINGTON 98401<br>TELEPHONE (253) 620-1500<br>TOLL-FREE (800) 439-1112<br>FAX (253) 572-3052 |

STATE OF WASHINGTON )
                     ) ss.
County of Pierce     )

I EDWARD S. WINSKILL, being first duly sworn on oath, depose and state:

I). I am one of the attorneys for the defendants, Gregory Rustand, MaryLee Rustand, Diane Pefley and A to Z Legal Support Services (hereinafter "defendants Rustand"). I am over the age of eighteen years and am competent to testify to the matters set forth herein.

II). Attached to this affidavit are true and correct copies of the following documents that have been produced in this litigation and/or made exhibits to depositions conducted in this litigation:

**Exhibit 1-** Excerpts from the deposition of Diane Pefley conducted on February 17, 2005.

**Exhibit 2-** Excerpts from the deposition of Mario Torres conducted on February 14, 2005.

**Exhibit 3-** Excerpts from the deposition of Gregory Rustand conducted on February 17, 2005.

**Exhibit 4-** Robert Lack's formal complaint to the Washington State Liquor Control Board dated June 30, 2003.

AFFIDAVIT OF EDWARD S. WINSKILL IN
SUPPORT OF DEFENDANTS RUSTAND'S
MOTION TO DISMISS
[CV04-1453C]

Page 2 of 3
skl s:\0xxxx\053xx\05332\11\pleadings\aff-esw.doc

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

| | |
|---|---|
| 1 | **Exhibit 5-** Excerpts from the deposition of Mark Owens conducted on |
| 2 | February 15, 2005. |
| 3 | **Exhibit 6-** Email dated July 11, 2003, from Rick Phillips to Rex Prout |
| 4 | regarding Mr. Phillips communication with defendant, Diane Pefley. |
| 5 | **Exhibit 7-** Excerpts from the deposition of MaryLee Rustand conducted on |
| 6 | February 17, 2005. |

_____
EDWARD S. WINSKILL, WSB#5406

SIGNED AND SWORN to before me this 29 day of March, 2005, by Edward S. Winskill.

_____
Print Name: Shanna Swaleson
NOTARY PUBLIC in and for the State of Washington.
My commission expires: 3/5/08

[Notary Seal: SHANNA K. SWALESON — NOTARY PUBLIC — STATE OF WASHINGTON — 3-05-08]

---

**AFFIDAVIT OF EDWARD S. WINSKILL IN SUPPORT OF DEFENDANTS RUSTAND'S MOTION TO DISMISS [CV04-1453C]**

Page 3 of 3
skl s:\0xxxx\053xx\05332\11\pleadings\aff-esw.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052