# EXHIBIT 4

June 30, 2003

Liquor Control Board
Attn: Rex Prout, Assistant Chief
Pacific Plaza Bldg
3000 Pacific Ave. SE
PO Box 43094
Olympia, WA  98504-3094

Mr. Rex Prout,

On June 10, 2003, I was made aware of a problem involving a Liquor Control Board agent named Mario Torres in the Tri-Cities area. My understanding is that this individual drives to Moses Lake and many other locations while on the clock with the state, and in a state vehicle. Mr. Torres has a business that he owns with his wife, which serves papers for collection agencies and the State Office of Support Enforcement via a contract he and his spouse hold. To me, this seems to be a case of double dipping, and a possible conflict of interest with him using state vehicles and time to support his private business. This subsidizing [using a state vehicle and state time] has allowed him to undercut others in the same field.

On, or around June 12, 2003, I contacted the state of Washington to report this infraction. I was given the phone numbers for the Washington State Executive Ethics Board, Susan Long, and the Director of the Washington State Liquor Control Board, Rick Phillips. I contacted both of these agencies and left messages. Both promptly got back to me, and I was able to describe my concern at that time with both Susan Long, and Rick Phillips.

Over the weekend of June 14th, I discussed this issue at length with another person who began to assist me with obtaining information on the issue; because I was concerned I may be inaccurate. Throughout the next week, he was able to determine that the state OSE contract had been put up for bid, and Mr. Torres attended the contract meeting as the president of his business. Mr. Torres later sent the contract bid in under his spouse's name, Cassandra Torres. I believe he did this to avoid having to disclose his involvement with his state job to OSE, or vice versa. In addition, my friend was able locate a way of obtaining affidavits of service which would be available the following week. During that week a state liquor control board agent, Mr. Rex Prout, contacted me. I spoke with him regarding my issue, and concerns over Mr. Torres.

During the week of June 23rd, I was able to obtain the affidavits, and was again contacted by Mr. Prout, of the state Liquor Control Board. I told him that I had the affidavits and would be willing to give them to him, and he reply he would be in the Yakima area, and was interested in obtaining the copies if possible. I agreed that this would be fine, and met him on Thursday to give him the affidavits. I gave Mr. Prout 10 affidavits, all from Grant Co. District Court, all served by Mr. Mario A. Torres, and notarized by his spouse,

MT 00157

Cassandra J. Torres. Names of served and dates, and time of service are as follows [for the 10 affidavits]:

**Served to:**

| | |
|---|---|
| Roger | 412 N. Earl Rd., Moses Lake, WA. Monday, June 10, 2003 at 9:27 pm |
| Lisa | 6669 Jonathan Rd. NE, Moses Lake, WA. Tuesday, February 25, 2003. 3:56 pm |
| Nivea | 449 Melva Ln., Super 8 Motel, Moses Lake, WA. Saturday, March 22, 2003. 2:59 pm |
| Carolyn | 1218 Lowry, Moses Lake, WA. Sunday, March 23, 2003. 1:13 pm |
| Ramon | 118 Mather, Moses Lake, WA. Sunday, March 23, 2003. 2:13 pm |
| Kim | 844 S Grand Dr., Moses Lake, WA. Thursday, April 17, 2003. 6:03 pm |
| Stacy | 4898 Stratford Rd., Moses Lake, WA. Thursday, April 17, 2003. 6:19 pm |
| Damian | 1019 St. Helens Dr., Moses Lake, WA. Thursday, April 17, 2003. 6:40 pm |
| Laura | 1237 Boyle St., Moses Lake, WA. Thursday, April 17, 2003. 7:00 pm |
| Lee | 715 Grand Dr., Moses Lake, WA. Thursday, April 17, 2003. 7:15pm |

It is important to note that Moses Lake is an hour and a half north of the Tri-Cities. These were a random sample of the affidavits he served and filed in Grant Co. These were from Evergreen Financial Services, Inc., located in Yakima, WA. All of which are included.

Mr. Torres is currently serving papers for:

| | | |
|---|---|---|
| Office of Support Enforcement | Olympia, WA. | |
| Evergreen Financial | Yakima, WA. | 509-452-6574 |
| Yakima Credit Collection Services | Yakima, WA | 509-248-1610 |
| Olympic Credit | Wenatchee, WA | 509-663-8561 |

MT 00158

You may want to contact other process serving agencies in the areas:

| | | |
|---|---|---|
| A2z legal Support Services | Contact: Diane | 509-766-2111 |
| Pronto Process & Messenger Service | Contact: Mark | 509-547-1122 |

It also has come to my attention that Mr. Torres may have some unresolved Child Support issues in the State of Texas. If this is correct, it could be a conflict for OSE in Washington State to have him serving their papers.

Again, my concern is that Mr. Torres is subsidizing his private enterprise with state taxpayer dollars the following ways:

- Using state vehicles to deliver, and serve process papers for his personal gain.
- Using state funds for personal gain by working for the state of Washington with the Liquor Control Board, and conducting his private for profit business [serving process papers].
- Serving state papers of the Office of Support Enforcement without proper disclosure to either the OSE, or the Liquor Control Board.
- Maintaining a state contract in his spouse's name, while they own the LLC together, and is Mario Torres is doing all the services.
- Using taxpayer dollars to subsidize his private business by not having to purchase fuel, or maintance expense on transportation [this expense would be picked up by the state, as he is using state vehicles].

I have serious concerns about this issue and want to be sure that the state is also aware of this issue. Things of this nature cannot be allowed to continue, as it infringes on private business owners.

If you need to contact me, please do so at the following number: 1-509-308-5696

Sincerely



Robert Lack