# EXHIBIT 6

Message                                                                                            Page 1 of 1

## Vane, Barb

| | |
|---|---|
| **From:** | Phillips, Rick |
| **Sent:** | Friday, July 11, 2003 2:07 PM |
| **To:** | Prout, Rex L |
| **Cc:** | Vane, Barb |
| **Subject:** | Another Complainant on Torres |

**Sensitivity: Confidential**

I got a call from Diane Pefley from Moses Lake. She runs A to Z Legal Support Service. She spoke with Mark Owens, and he gave her my number.

She wanted to share that she thinks Officer Torres has been using his access to state computers to get address and other information for his personal business of serving papers.

I told her we had initiated an investigation into the complaint, and would have our investigator contact her. Her office number is 509-766-2111 and her cellular number is 509-771-2526.

I did not tell her about the resignation as the waiting period for recinding it has not passed yet. Her concerns do add another dimension to the complaint. If he has been using state and federal computer systems for personal business, it could be a criminal offense and subject us to audit sanctions if this came up duing an NCIC audit. Even if we suspend the investigation because he resigned, to protect the agency, we should have Justin contact WSP and request logs from WACIC, WASIS, and NCIC of all inquries run by Officer Torres. If there is a problem, we can evaluate if further action is necessary. Those logs are only kept for a determined period, so we should pull any Torres activity from them asap. I am sending an email request to WSP ITD for that purpose.

MT 00149

9/8/2003