UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASEY INVESTIGATORS LLC, a Washington Limited Liability Company, and MARIO A. TORRES, an individual,<br><br>              Plaintiffs,<br><br>    v.<br><br>PRONTO PROCESS SERVICE, INC., a Washington corporation; NORTHWEST RAIL ENTERPRISES, INC., a Washington corporation; MARK OWENS, an individual; GREGORY and MARY LEE RUSTAND, individually and as a married couple; DIANE PEFLEY, an individual; A to Z LEGAL SUPPORT SERVICES, a Washington business entity; ROBERT G. LACK, an individual; and WASHINGTON STATE PROCESS SERVERS ASSOCIATION, a Washington business association; and NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS, a national business association,<br><br>              Defendants. | The Honorable John C. Coughenour<br><br>Case No. CV04-1453 C<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that James G. Zissler of LITTLER MENDELSON, P.C., 701 Fifth Avenue, Suite 6500, Seattle, Washington 98104-4023 is hereby substituted as attorney of record in the place of and instead of Andrea Tersigni of LITTLER MENDELSON, P.C., as counsel for Defendant in the above case effective upon the filing of this Notice with the Court.

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**
Case No. CV04-1453 C
Seattle:34886.1 048501.1002

JAMES G. ZISSLER
LITTLER MENDELSON, P.C.
Bank of America Tower
701 Fifth Avenue, Suite 6500
Seattle, WA 98104.7097
206.623.3300

1     Notice of all further proceedings in this action, except original process, should be served

2 on the undersigned substituting attorney at the address stated below.

4 April 12, 2005

*[signature]*
Andrea Tersigni, WSBA #30204

*[signature]*
Daniel L. Thieme, WSBA #12855
dthieme@littler.com
James G. Zissler, WSBA #30287
jzissler@littler.com
LITTLER MENDELSON, P.C.
Bank of America Tower
701 Fifth Avenue, Suite 6500
Seattle, WA 98104.7097
Phone:    206.623.3300
Fax:    206.447.6965

Attorneys for Defendant
WASHINGTON STATE PROCESS
SERVERS ASSOCIATION

## CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is 701 Fifth Avenue, Suite 6500, Seattle, WA 98104-7097. On April 15, 2005, I served the within document(s):

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

☐ by facsimile transmission at or about _____ on that date. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Seattle, Washington addressed as set forth below; and electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following addressee(s) set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by delivering copies of the documents listed above into the hands of a messenger service with the instructions to deliver on this date said documents to the person at the address set forth below.

Theodore Myhre
McGlothlin Myhre
1221 East Pike, Suite 205
Seattle, WA. 98122

George Fearing
Leavey, Schultz, Davis & Fearing, P.S.
2415 W. Falls Avenue
Kennewick, WA 99336

Edward Winskill
Sok-Khieng Lim
Davies Pearson, P.C.
920 Fawcett
Tacoma, WA 98401

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
Case No. CV04-1453 C
Seattle:34886.1 048501.1002
-3-
JAMES G. ZISSLER
LITTLER MENDELSON, P.C.
Bank of America Tower
701 Fifth Avenue, Suite 6500
Seattle, WA 98104.7097
206.623.3300

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing and for delivery via messenger service. Under that practice, it would be deposited with the U.S. Postal Service or, if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed on April 15, 2005, at Seattle, Washington.

_____
DOREEN SATT-YUN TAI

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**
Case No. CV04-1453 C
Seattle:34886.1 048501.1002

-4-

JAMES G. ZISSLER
LITTLER MENDELSON, P.C.
Bank of America Tower
701 Fifth Avenue, Suite 6500
Seattle, WA 98104.7097
206.623.3300