UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CASEY INVESTIGATION,  )
                      )
        Plaintiffs,   )
                      )   CASE NO. C04-1453C
    v.                )
                      )   ORDER OF DISMISSAL
PRONTO PROCESS,       )
                      )
        Defendants,   )
                      )
_____)

Counsel having notified the Court of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed with 90 days of the date of this Order. Any trial date and pretrial dates previously set are hereby VACATED.

DATED this 27 Day of May, 2005.

_____
John C. Coughenour
United States District Judge

04-CV-01453-ORD