THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASEY INVESTIGATIONS, LLC, a Washington Limited Liability Company and MARIO A. TORRES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PRONTO PROCESS SERVICE, INC., a Washington corporation and NORTHWEST RAIL ENTERPRISES, INC., a Washington corporation and MARK OWENS, an individual and GREGORY and MARY LEE RUSTAND, individually and as a married couple; DIANE PEFLEY, an individual; A to Z LEGAL SUPPORT SERVICES, a Washington business entity; ROBERT G. LACK, an individual; WASHINGTON STATE PROCESS SERVERS ASSOCIATION, a Washington business association,<br><br>Defendants. | No. CV04-1453C<br><br>STIPULATION AND AGREED ORDER OF DISMISSAL RESERVING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT |

## **STIPULATION**

COME NOW the parties hereto, by and through their undersigned counsel of record, and stipulate as follows:

1. All of Plaintiffs' claims against each Defendant are dismissed with prejudice.

2. Each party shall bear their own attorney fees and costs.

STIPULATION AND AGREED ORDER OF DISMISSAL RESERVING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT (Cause No. CV04-1453C) – 1

MCGLOTHIN MYHRE, P.L.L.P.
1221 East Pike, Suite 205
Seattle, WA 98122
206.527.2500   Fax 206.527.7100

3. The Court shall reserve jurisdiction to enforce the settlement agreement between the parties.

DATED this 1st day of May, 2005.

McGLOTHIN MYHRE, PLLP

_____
Dennis J. McGlothin, WSBA No. 28177
Theodore A. Myhre, WSBA No. 30498
James C. McGuire, WSBA No. 28454
Attorneys for Plaintiffs

DATED this _____ day of May, 2005.

LITTLER MENDELSON, P.C.

[Please see attached]
_____
James C. Zissler, WSBA No. _____
Attorneys for Defendant Washington State
Process Servers Association

DATED this _____ day of May, 2005.

DAVIES PEARSON, P.C.

[Please see attached]
_____
Edward S. Winskill, WSBA No. _____
Attorneys for Defendants Greg and Mary Lee
Rustand, A to Z Legal Support Services, and
Diane Pefley

DATED this _____ day of May, 2005.

LEAVY, SCHULTZ, DAVIS & FEARING, P.S.

Dennis McGlothin for WSBA 28177
_____ { or per email Authorization }
George Fearing, WSBA No. _____
Attorneys for Defendants Pronto Process
Service, Inc., Mark Owens, and Robert G. Lack

STIPULATION AND AGREED ORDER OF DISMISSAL RESERVING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT (Cause No. CV04-1453C) – 2

McGLOTHIN MYHRE, PLLP
1221 East Pike, Suite 205
Seattle, WA 98122
206 527 2500    Fax 206 527 7100

3. The Court shall reserve jurisdiction to enforce the settlement agreement between the parties.

DATED this 15th day of May, 2005.

McGLOTHIN MYHRE, PLLP

_____
Dennis J. McGlothin, WSBA No. 28177
Theodore A. Myhre, WSBA No. 30498
James C. McGuire, WSBA No. 28454
Attorneys for Plaintiffs

DATED this 20th day of May, 2005.

LITTLER MENDELSON, P.C.

_____
James C. Zissler, WSBA No. 30287
Attorneys for Defendant Washington State Process Servers Association

DATED this _____ day of May, 2005.

DAVIES PEARSON, P.C.

_____
Edward S. Winskill, WSBA No. _____
Attorneys for Defendants Greg and Mary Lee Rustand, A to Z Legal Support Services, and Diane Pefley

DATED this _____ day of May, 2005.

LEAVY, SCHULTZ, DAVIS & FEARING, P.S.

_____
George Fearing, WSBA No. _____
Attorneys for Defendants Pronto Process Service, Inc., Mark Owens, and Robert G. Lack

STIPULATION AND AGREED ORDER OF DISMISSAL RESERVING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT (Cause No. CV04-1453C) – 2

McGLOTHIN MYHRE, P.L.L.P.
1221 East Pike, Suite 205
Seattle, WA 98122

    3.     The Court shall reserve jurisdiction to enforce the settlement agreement between the parties.

DATED this 15th day of May, 2005.

    McGLOTHIN MYHRE, PLLP

    _____
    Dennis J. McGlothin, WSBA No. 28177
    Theodore A. Myhre, WSBA No. 30498
    James C. McGuire, WSBA No. 28454
    Attorneys for Plaintiffs

DATED this _____ day of May, 2005.

    LITTLER MENDELSON, P.C.

    _____
    James C. Zissler, WSBA No. _____
    Attorneys for Defendant Washington State Process Servers Association

DATED this 26 day of May, 2005.

    DAVIES PEARSON, P.C.

    _____
    Edward S. Winskill, WSBA No. _____
    Attorneys for Defendants Greg and Mary Lee Rustand, A to Z Legal Support Services, and Diane Pefley

DATED this _____ day of May, 2005.

    LEAVY, SCHULTZ, DAVIS & FEARING, P.S.

    _____
    George Fearing, WSBA No. _____
    Attorneys for Defendants Pronto Process Service, Inc., Mark Owens, and Robert G. Lack

STIPULATION AND AGREED ORDER OF DISMISSAL RESERVING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT (Cause No. CV04-1453C) – 2

McGLOTHIN MYHRE, P.L.L.P.
1221 East Pike, Suite 205
Seattle, WA 98122
206.527.2500   Fax 206.527.7100

## ORDER

IT IS SO ORDERED

DATED this _____ day of _____, 2005

_____
UNITED STATES DISTRICT JUDGE

Presented by:

McGLOTHIN MYHRE, P.L.L.P

_____
Dennis J. McGlothin, WSBA No. 28177
Jams C. McGuire, WBA No. 28454
Attorneys for Plaintiffs

---

STIPULATION AND AGREED ORDER OF DISMISSAL RESERVING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT (Cause No CV04-1453C) – 3

McGLOTHIN MYHRE, P.L.L.P
1221 East Pike, Suite 205
Seattle, WA 98122
206 527 2500   Fax 206 527 7100